ORDERED UNSEALED on **09/8/2023** **s/ Alexandra**

~~SEALED~~

s/ AlexandraSudan

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
RICARDO ROBLES,
Defendant.

MAGISTRATE CASE NO: '23 MJ3160

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., § 922(g)(1) – Felon in Possession of a Firearm;

18, U.S.C., § 922(g)(1) – Felon in Possession of Ammunition

The undersigned Complainant, being duly sworn, states:

COUNT 1

On or about July 30, 2023, within the Southern District of California, the defendant, RICARDO ROBLES, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit:

a Smith & Wesson, .38 Special revolver, bearing serial number AFW2772 in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2

On or about July 30, 2023, within the Southern District of California, the defendant, RICARDO ROBLES, knowing is status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: five (5) rounds of assorted .38 Special ammunition in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Brandon Farmer
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 31 day of August 2023.

William V. Gallo
Hon. William V. Gallo
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

During my duties as a Special Agent for the ATF, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation; rather it contains only those facts necessary to establish the requisite probable case.

On July 30th, 2023, at approximately 11:42 p.m., an Escondido Police Department ("EPD") officer observed a vehicle on the 700 block of Citracado Pkwy in Escondido, California, in violation of California Vehicle Code section 26708.5 (tinted windshield). The EPD officer conducted a traffic stop, the vehicle yielded, and the driver identified himself as RICARDO ROBLES (DOB: 8/26/1995) ("ROBLES") via a California ID. ROBLES told the EPD officer that he was on probation with a 4th waiver, which was confirmed by EPD. When prompted, ROBLES denied having any illegal drugs, knives, or firearms that he knew of inside the vehicle. ROBLES also added that his cousin had previously borrowed the vehicle, which made him unsure if there was anything illegal inside the vehicle. ROBLES was then detained by the EPD officer and the EPD officer began a 4th waiver search of ROBLES's vehicle.

During the search, the officer noticed that there were several fixtures inside the vehicle that were loose or had a single screw holding them in place. The EPD officer also noticed that ROBLES had various tools on his person and in his vehicle that matched the tools needed to tighten or loosen the screws of the fixtures. One of the fixtures with only a single screw holding it in place, the center console, which is known as a common place to hide illegal contraband, was unscrewed and lifted by the EPD officer. While looking under the center console, the EPD officer noticed what appeared to be the wooden handle of a revolver. The EPD officer photographed it in place and upon removing it, observed it to be a loaded Smith & Wesson revolver, Model .36, Cal. .38 Special, Serial Number: AFW2772 containing five (5) rounds of .38 Special ammunition.

Discussion with ROBLES also revealed that he was in possession of a shotgun in his room at the Escondido Lodge. Due to ROBLES's statement that he was in possession of a shotgun, a follow-up search was done of ROBLES's room at the Escondido Lodge. After confirming with the front desk receptionist that ROBLES did have a room (room #107) at the lodge, EPD officers entered the room identifying themselves as Police Officers with Escondido Police Department. The room was vacant of occupants. While conducting a search of ROBLES's room, a EPD officer found an unloaded Stevens, Model 67L, Cal. 12-gauge, Serial Number: E808234, in a red snowboard case.

ROBLES later stated that he had possessed both firearms for approximately one (1) year and purchased them for five hundred dollars ($500) each from a male at the Escondido Lodge. Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/13/2021 | CASC Vista | Possession of a Controlled Substance (felony) | 40 days jail time |
| 05/13/2021 | CASC Vista | Carry Concealed Dirk or Dagger (felony) | 3 years of probation, 20 days jail time, Fine |
| 07/21/2021 | CASC Vista | Inflict Corporal Injury: Spouse / Cohabitant / Date (misdemeanor) | (3 years of probation, 61 days in jail, Fine |

The firearm and ammunition were inspected. Preliminary checks revealed the firearm and ammunition were not manufactured in California. Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.