UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO ROBLES,<br>Defendant. | Case No. 23cr2034-LAB<br>I N F O R M A T I O N<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;<br>18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition;<br>Title 18, U.S.C., Sec. 924(d) and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney charges:

COUNT ONE

On or about July 30, 2023, within the Southern District of California, defendant, RICARDO ROBLES, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Smith & Wesson, .38 Special revolver, bearing serial number AFW2772; in violation of Title 18, United States Code, Section 922(g)(1).

DPF:San Diego
10/3/23

COUNT TWO

On or about July 30, 2023, within the Southern District of California, defendant, RICARDO ROBLES knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: five (5) rounds of assorted .38 Special ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATIONS

The allegations contained in Counts 1-2 are realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of any the offenses alleged in Counts 1-2 of this Information, defendant RICARDO ROBLES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

- A Smith & Wesson, .38 Special revolver, bearing serial number AFW2772;
- A Stevens, Model 67L, Cal. 12-gauge, bearing serial number E808234;
- Any and all ammunition seized form the defendant’s possession on or about July 30, 2023.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: October 3, 2023

ANDREW R. HADEN
Acting United States Attorney

By:

BADIH A. MOUANNES
Assistant U.S. Attorney